# CSM Legal, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2540                                    Telephone: (212) 317-1200
New York, New York 10165                                    Facsimile: (212) 317-1620

December 3, 2021

**VIA ELECTRONIC MAIL**
Honorable Katherine Polk Failla
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007



Re:     Leal Florez et al v. Goldlyn LLC et al, no. 20-cv-05243

Dear Judge Failla:

This office represents the Plaintiffs in the above captioned case. We write jointly with Defendants to respectfully request that the pre-trial conference set for December 7, 2021 be adjourned. The reason for this request is twofold. First, the Plaintiffs have filed an amended complaint with the consent of the Defendants (see Docket No. 42) adding a new Plaintiff. Second, the undersigned counsel is out of state due to a family emergency and will be unable to attend in person.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/
Clela Errington
CSM Legal, P.C.
Attorney for Plaintiffs

The Court is in receipt of Plaintiffs' above letter.

The Court hereby ADJOURNS the pretrial conference in this matter to **December 15, 2021, at 10:00 a.m.**  The conference will proceed by telephone. At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533.

The Court reminds the parties of the terms of their Case Management Plan (the "CMP").  (Dkt. #37).  Pursuant to the CMP, amended pleadings may not be filed and additional parties may not be joined except with leave of the Court.  (*Id.* at 1).  Furthermore, the deadlines stated in the CMP, including the deadlines for discovery, may not be extended except by further Order of the Court.  (*Id.* at 8).  The Court has not received a motion to amend the pleadings or to extend the discovery deadlines in this case.  Accordingly, because fact discovery is closed and expert discovery is not authorized, discovery has concluded in this case.

The Clerk of Court is directed to terminate the motion at docket entry 43.


Dated:  December 3, 2021          SO ORDERED.
        New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE