UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBERT LEAL FLOREZ, *et al.*, *individually and on behalf of others similarly situated*,

        Plaintiffs,

-v.-

GOLDLYN LLC, *d/b/a Certe Catering Company*, *et al.*,

        Defendants.

---

20 Civ. 5243 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On February 17, 2022, the Court was informed that the parties have reached a settlement in this case. Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **March 11, 2022,** for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015).

The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

SO ORDERED.

Dated: February 17, 2022
      New York, New York

                                      KATHERINE POLK FAILLA
                                    United States District Judge