# CSM Legal, P.C.
Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 2540 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

March 11, 2022

**VIA ELECTRONIC MAIL**
Honorable Katherine Polk Failla
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007



Re:   Leal Florez et al v. Goldlyn LLC et al, no. 20-cv-05243

Dear Judge Failla:

This office represents the Plaintiffs in the above captioned case. We with the consent of Defendants to respectfully request a two-week extension of time in which to submit their settlement agreement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). The deadline is currently March 11, 2022. Counsel for the parties have agreed to a final form of the Settlement Agreement but need additional time in which to go over said agreement with the individual parties and secure their signatures in advance of filing for Court approval.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/
Clela Errington
CSM Legal, P.C.
Attorney for Plaintiffs

Enclosure

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry
51.
```

```
                                        SO ORDERED.
Dated:   March 11, 2022
         New York, New York
```

*Certified as a minority-owned business in the State of New York*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE